IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| AIRRIS JAMES HINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 3:18-CV-448-ECM |
| | ) | |
| OFFICER PHILLIPS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 31, 2018, the Magistrate Judge entered a Recommendation (Doc. #13) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 9th day of October, 2018.

　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE